Submitted on record and briefs January 24, civil penalty reduced; otherwise affirmed March 7, 1990

# MOATS,
## dba Charlie Mac's,
*Petitioner,*

*v.*

# BOARD OF BARBERS AND HAIRDRESSERS,
*Respondent.*

## (CA A48562)

787 P2d 1309

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Meg Reeves, Assistant Attorney General, Salem, filed the brief for respondent.

Before Graber, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

**PER CURIAM**

Petitioner seeks review of an order of the Board of Barbers and Hairdressers. The Board assessed a civil penalty against her for practicing manicure services without a license, in violation of ORS 690.015(1).

Petitioner argues, the state concedes, and we agree that the Board improperly increased the amount of the civil penalty from $300, which the hearings officer recommended, to $500.

The remaining assignments of error are not persuasive and require no discussion.

Civil penalty reduced to $300; otherwise affirmed.